1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | RONALD MOORE,                                   | No.  1:13-cv-01301-AWI-SMS |
12 |                                                 |                            |
   |                 Plaintiff,                      | **STIPULATION CONTINUING** |
13 |                                                 | **MANDATORY SCHEDULING**   |
   |        vs.                                      | **CONFERENCE TO ALLOW TIME FOR** |
14 |                                                 | **ALL DEFENDANTS TO APPEAR;** |
   | JOHNNY QUIK FOOD STORES, INC., dba              | **ORDER THEREON**          |
15 | JOHNNY QUIK FOOD STORES #175, et al.,            |                            |
16 |                                                 |                            |
   |                 Defendants.                     |                            |
17 |                                                 |                            |
18 |                                                 |                            |

19

20         **WHEREAS**, a scheduling conference is currently set in this matter for January 8, 2014,

21  and a joint scheduling report is to be filed no later than December 31, 2014 (Dkt. 5);

22         **WHEREAS**, Defendant, Gurmej Singh dba Johnny Quik Food Stores #175 ("Singh")

23  was added as a party in the First Amended Complaint filed by Plaintiff, Ronald Moore

24  ("Plaintiff"), on December 2, 2013 (Dkt. 12);

25         **WHEREAS,** Singh was served by substituted service and the summons and amended

26  complaint were subsequently mailed to him on December 11, 2013, and therefore, allowing for

27  the ten (10) days mailing required under California Code of Civil Procedure Section 415.20, his

28  responsive pleading is due January 13, 2014 (as the "effective date" of service is not until

   STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE TO PROVIDE TIME FOR
              ALL DEFENDANTS TO APPEAR; [PROPOSED] ORDER

1  December 23, 2013, the Court's ECF filing system will not permit the proof of service to be
2  filed yet as it will not accept a date for service that is after the date of filing);

3      **WHEREAS**, the last date to complete service on all defendants pursuant to this Court's
4  Order Setting Mandatory Scheduling Conference and Rule 4(a) of the Federal Rules of Civil
5  Procedure was December 13, 2013, and all defendants have been so served;

6      **WHEREAS**, Singh's required appearance date of January 13, 2014 falls after the
7  January 8, 2014 date set for the scheduling conference;

8      **WHEREAS**, Defendants Johnny Quik Food Stores, Inc. ("Johnny Quik") and Beal
9  Properties, Inc. ("Beal"), the defendants who have appeared in this action, have just provided to
10 Plaintiff a report prepared by a California Certified Access Specialist ("CASp") identifying all
11 barriers found by the CASp at the subject property (both interior and exterior), and Plaintiff,
12 Johnny Quik, and Beal therefore wish to explore an informal resolution of this matter prior to
13 incurring the fees necessary to prepare the scheduling report and appear at the scheduling
14 conference, and to conserve the resources of the Court while such settlement is explored;

15     **WHEREAS**, Plaintiff, Johnny Quik and Beal desire to allow Singh time to appear in
16 this action so that the Parties may meet and confer pursuant to Rule 26(f) of the Federal Rules
17 of Civil Procedure, and all defendants may participate in the drafting of the required joint
18 scheduling report;

19     **NOW, THEREFORE**, Plaintiff, Johnny Quik and Beal Properties, Inc., by and through
20 their respective counsel, respectfully request that the scheduling conference currently set for
21 January 8, 2014 be continued to a date, at the Court's convenience, after January 31, 2014.

22     **IT IS SO STIPULATED**.

23 Dated: December 16, 2013        MOORE LAW FIRM, P.C.

24

25                                       */s/ Tanya E. Moore*
                                      Tanya E. Moore
26                                       Attorneys for Plaintiff,
                                      Ronald Moore

27

28 ///

Dated:  December 16, 2013						WILD, CARTER & TIPTON


								/s/ Steven E. Paganetti
								Steven E. Paganetti
								Attorneys for Defendants,
								Johnny Quik Food Stores, Inc. dba Johnny Quik
								Food Stores #175 and Beal Properties, Inc., a
								California Corporation



### **ORDER**

Upon the stipulation of all parties who have appeared in this action, and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 8, 2014 be continued to February 26, 2014 at 10:30 am before Magistrate Judge Sandra M. Snyder in Courtroom 1 of the above-entitled Court, and that the parties file a Joint Scheduling Report no later than seven (7) days prior to the conference.

**IT IS FURTHER ORDERED** that Plaintiff shall immediately serve a copy of this Order on all defendants named in the action who have not yet appeared.


**IT IS SO ORDERED**.

Dated:      12/16/2013					/s/ SANDRA M. SNYDER
								SANDRA M. SNYDER
								United States Magistrate Judge