1   Steven E. Paganetti (SBN 087513)
    Patrick J. Gorman (SBN 131138)
2   WILD, CARTER & TIPTON
    246 W. Shaw Avenue
3   Fresno, California  93704
    Telephone:  (559) 224-2131
4   Facsimile:  (559) 229-7295
    E-mail: spaganetti@wctlaw.com
5   E-mail: pgorman@wctlaw.com

6   Attorneys for Defendants, Johnny Quik Food Stores, Inc. and Beal Properties, Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                          )   No.  1:13-CV-01301-AWI-SMS
                                           )
12              Plaintiff,                 )   **STIPULATION CONTINUING**
                                           )   **MANDATORY SCHEDULING**
13      vs.                                )   **CONFERENCE TO ALLOW TIME FOR**
                                           )   **SETTLEMENT NEGOTIATIONS;**
14  JOHNNY QUIK FOOD STORES, INC., dba     )   **ORDER**
15  JOHNNY QUIK FOOD STORES #175, et al.,  )
                                           )
16              Defendants.                )
                                           )
17                                         )
                                           )
18  _____)

19

20          **WHEREAS**, a scheduling conference is currently set in this matter for February 26,

    2014, and a joint scheduling report is to be filed no later than February 19, 2014 (DOC 15);
21
            **WHEREAS**, Defendant, Gurmej Singh dba Johnny Quik Food Stores #175 ("Singh")
22
    was added as a party in the First Amended Complaint filed by Plaintiff, Ronald Moore
23
    ("Plaintiff"), on December 2, 2013 (DOC. 12);
24
            **WHEREAS,** Singh was served by substituted service and the summons and amended
25
    complaint were subsequently mailed to him on December 11, 2013, and therefore, allowing for
26
    the ten (10) days mailing required under California Code of Civil Procedure Section 415.20, his
27
    responsive pleading was due January 13, 2014.
28

    STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE TO ALLOW TIME FOR
                 SETTLMENT NEGOTIATIONS; [PROPOSED] ORDER

1    **WHEREAS,** Plaintiff and Singh stipulated to an extension of time for Singh's

2    responsive pleading such that it was due on February 10, 2014 (DOC. 18);

3    **WHEREAS**, the last date to complete service on all defendants pursuant to this Court's

4    Order Setting Mandatory Scheduling Conference and Rule 4(a) of the Federal Rules of Civil

5    Procedure was December 13, 2013, and all defendants have been so served;

6    **WHEREAS**, Singh has not yet appeared; however he has been in contact with plaintiff's

7    counsel regarding the possibility of settlement;

8    **WHEREAS**, Plaintiff, Singh, defendant Johnny Quik Food Stores, Inc. ("Johnny Quik")

9    and defendant Beal Properties, Inc. have engaged in active settlement negotiations and are close

10   to reaching a final agreement which would result in the dismissal of this action.  However, the

11   parties need another 7-10 days to complete their negotiations, finalize the agreement, and, if

12   that occurs, another 10-15 days thereafter to get the dismissal on file with the court.  The parties

13   desire to avoid the expense of preparing the scheduling report and appearing at the conference

14   and also to conserve the resources of the court;

15   **NOW, THEREFORE**, Plaintiff, Johnny Quik and Beal Properties, Inc., by and through

16   their respective counsel, respectfully request that the scheduling conference currently set for

17   February 26, 2014 be continued to a date, at the Court's convenience, after March 17, 2014.

18   **IT IS SO STIPULATED**.

19   Dated:  February 11, 2014                     MOORE LAW FIRM, P.C.

20

21                                                 */s/ Tonya E. Moore*
                                                   Tanya E. Moore

22                                                 Attorneys for Plaintiff,
                                                   Ronald Moore

23

24

25

26

27

28

1

Dated:  February 11, 2014                    WILD, CARTER & TIPTON

2

3                                            /s/ Patrick J. Gorman
                                             Steven E. Paganetti
4                                            Patrick J. Gorman
                                             Attorneys for Defendants,
5                                            Johnny Quik Food Stores, Inc. dba Johnny Quik
                                             Food Stores #175 and Beal Properties, Inc., a
6                                            California Corporation

7

8                                            **ORDER**

9
            Upon the stipulation of all parties who have appeared in this action, and good cause
10
appearing,
11
            **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set
12
for February 26, 2014 be continued to March 26, 2014 at 11:30 AM before Magistrate Judge
13
Sandra M. Snyder in Courtroom 1 of the above-entitled Court, and that the parties file a Joint
14
Scheduling Report no later than seven (7) days prior to the conference.
15
            **IT IS FURTHER ORDERED** that counsel for Defendants Johnny Quik Food Stores,
16
Inc. and Beal Properties, Inc. shall immediately serve a copy of this Order on all defendants
17
named in the action who have not yet appeared.
18

19
**IT IS SO ORDERED**.
20

21
Dated:  2/12/2014                            /s/ SANDRA M. SNYDER
22                                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE TO ALLOW TIME FOR
SETTLMENT NEGOTIATIONS; [PROPOSED] ORDER