Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:13-cv-01301-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JOHNNY QUIK FOOD STORES, INC., dba JOHNNY QUIK FOOD STORES #175, et al., | |
| Defendants. | |

1   IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Ronald Moore and Defendants Johnny Quik Food Stores, Inc. dba Johnny Quik Food Stores #175 and Beal Properties, Inc., by and through their respective counsel, and Defendant Gurmej Singh dba Johnny Quik Food Stores #175, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: March 19, 2014               MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   Ronald Moore

Date: March 18, 2014               WILD, CARTER & TIPTON


                                   */s/ Steven E. Paganetti*
                                   Steven E. Paganetti
                                   Attorneys for Defendants
                                   Johnny Quik Food Stores, Inc. dba Johnny Quik
                                   Food Stores #175 and Beal Properties, Inc.



Date: March 18, 2014               */s/ Gurmej Singh*
                                   Gurmej Singh dba Johnny Quik Food Stores #175,
                                   Defendant in Pro Per



I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore, Attorney for
                                   Plaintiff, Ronald Moore

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   March 19, 2014                    _____
                                                                SENIOR  DISTRICT  JUDGE